No. 159. GERMAN INSURANCE COMPANY OF FREEPORT, ILLINOIS, *v.* FIRST NATIONAL BANK OF BOONVILLE, NEW YORK. Error to the Supreme Court of the State of Kansas. Submitted January 18, 1899. Decided March 6, 1899. *Per Curiam.* Dismissed on the authority of *Oxley Stave Company* v. *Butler County,* 166 U. S. 648; *Louisville and Nashville Railroad Company* v. *Louisville,* 166 U. S. 709, and other cases. *Mr. A. P. Jetmore* for plaintiff in error. *Mr. W. H. Rossington* and *Mr. Charles Blood Smith* for defendant in error.

No. 23. KEOKUK AND HAMILTON BRIDGE COMPANY *v.* PEOPLE OF THE STATE OF ILLINOIS. Error to the Supreme Court of the State of Illinois. Argued and submitted January 20, 1899. Decided March 13, 1899. *Per Curiam.* Dismissed on the authority of *Ross* v. *King,* 172 U. S. 641, and cases cited. *Mr. Felix T. Hughes* for plaintiff in error. *Mr. Edward C. Akin* for defendants in error.

No. 228. ROGERS, AS MAYOR, AND CITY OF DENVER *v.* MORGAN. Error to the United States Circuit Court of Appeals for the Eighth Circuit. Submitted March 10, 1899. Decided March 13, 1899. *Per Curiam.* Dismissed on the authority of *Clark* v. *Kansas City,* 172 U. S. 334; *Kinnear* v. *Bausman,* 172 U. S. 644, and cases cited. *Mr. Platt Rogers* and *Mr. George Q. Richmond* for plaintiffs in error. *Mr. Willard Teller* and *Mr. H. M. Orahood* for defendants in error.

No. 231. CONSOLIDATED WATER COMPANY *v.* BABCOCK. Appeal from the Circuit Court of the United States for the Southern District of California. Submitted March 15, 1899. Decided March 20, 1899. *Per Curiam.* Dismissed on the authority of *Maynard* v. *Hecht,* 151 U. S. 324; *Van Wagenen* v. *Sewall,* 160 U. S. 369; *Davis* v. *Geissler,* 162 U. S. 290; *Cornell* v. *Green,* 163 U. S. 75, and cases cited. *Mr. Horace S. Oakley, Mr. C. K. Davis, Mr. Frank B. Kellogg* and *Mr.*